# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| In the Matter of the Search of<br>INFORMATION ASSOCIATED WITH<br>FACEBOOK USER ACCOUNTS 100001538974641<br>currently located at<br>https://www.facebook.com/Geracasas<br>THAT ARE STORED AT PREMISES<br>CONTROLLED BY FACEBOOK INC., more fully<br>described in Attachment A | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18-SW-5666-MEH |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the ___State and___ District of ___Colorado___, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and possession with the intent to distribute controlled substances |
| 21 U.S.C. § 846 | Conspiracy to violate the Controlled Substances Act |

The application is based on these facts:

**X** Continued on the attached affidavit, which is incorporated by reference.
**X** Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Jeffrey B. Baumert*
*Applicant's signature*

Jeffrey B/ Baumert, SA DEA
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **03 Jul 2018**

*Michael E. Hegarty*
*Judge's signature*

City and state: Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Facebook Account associated with Numeric ID 100001538974641, which is currently located at https://www.facebook.com/Geracasas (Target Facebook Account B) that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

**ATTACHMENT B**

**Description of Items to be Seized and Searched**

**I.     Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for the Target Facebook Account identified in Attachment A from the time period of March 1, 2018 to the present:

(A)     All "check ins" and other location information;

(B)     All physical location data collected by Facebook for the user of the account, including any data collected by Facebook's location services via the user's mobile phone or other device, on a real-time or near-real time basis. Facebook is required to provide any such data they collect, regardless of the time of day.

**II.    Information to be seized by the government**

All information described above in Section I that reveals the location of a person to be arrested since March 1, 2018, including, for the Target Facebook Account identified on Attachment A, information pertaining to the following matters:

a.     All information indicating where and when the Target Facebook Account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Target Facebook Account owner;

b. All mobile upload locations, including records which would give information on what device and phone number the mobile uploads came from; and

c. All computer login locations.

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Jeffrey Baumert, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with Facebook user accounts associated with numeric ID 100001355097746, which is currently located at https://www.facebook.com/perezgerardop (Target Facebook Account A) and Numeric ID 100001538974641, which is currently located at https://www.facebook.com/Geracasas (Target Facebook Account B) that are stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government all records and other information in its possession, more fully described in Attachment B, pertaining to the Target Facebook Accounts described in this affidavit and in Attachment A, which is hereby incorporated by reference.

2. As a Special Agent with the Drug Enforcement Administration (DEA), I am authorized, pursuant to 21 U.S.C. § 878, to conduct investigations, execute search warrants, and make arrests for any offense against the United States. I am an "investigative or law enforcement officer" within the meaning of Section 2510(7) of Title 18, United States Code, and am authorized by law to conduct investigations and make arrests for offenses in Title 18, United States Code, Section 2516. I am a "Federal Law Enforcement Officer" within the meaning of Fed.R.Crim.P. 41(a)(2)(C).

3. I am a DEA Special Agent and have been so employed since November, 2014. I have been assigned to the DEA Denver, Colorado Field Division Office and the Rocky Mountain High Intensity Drug Trafficking Area (HIDTA) Front Range Task Force, since January 11, 2015. I have completed DEA's 18-week Basic Agent Training Course at the DEA Academy in Quantico, Virginia, which included training on surveillance and undercover techniques, tactical operations, confidential source management, probable cause from sources, interview and interrogation, drug identification, drug field testing, clandestine laboratories and hazardous materials, asset forfeiture law, controlled substances law, search and seizure law, drug conspiracy law, electronic surveillance law, money laundering and bulk currency law, and extraterritorial law. During my tenure with DEA, I have assisted in investigations that targeted suppliers, buyers, and couriers of narcotics. I have also participated in surveillance operations and purchased narcotics while acting in an undercover capacity, both of which have educated me in the methods of operation of drug trafficking organizations.

4. I have spoken with other DEA Special Agents and Task Force Officers about this and other similar cases, and I have spoken with narcotics experts regarding methods of operation utilized by subjects who distribute, manufacture, traffic, and/or sell controlled substances. Furthermore, I receive training on a daily basis working on drug investigations for the DEA in the Denver, Colorado Field Division Office. I am personally participating in the investigation of Gerardo PEREZ-SALAZAR, Gerardo CASAS-ACEVEDO, and others known and unknown, for their role in a conspiracy to distribute and possess with intent to distribute methamphetamine within the District of Colorado in violation of Title 21, United States Code, Section 846.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and cooperating defendants.

This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**BACKGROUND REGARDING FACEBOOK**

6. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

7. Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. Facebook retains Location History, which includes the time, date, and geographic coordinates of the device from which a Facebook account is accessed.

8. Facebook users can access their Facebook accounts from a variety of devices, including desktop and laptop computers, tablet devices, and mobile devices, such as smart phones.

**INVESTIGATION AND SUBJECT OF SEARCH WARRANT**

9. Beginning in approximately July 2015, Special Agents and Task Force Officers assigned to the DEA Denver Field Division Office and the Rocky Mountain HIDTA Front Range Task Force initiated an investigation into a Drug Trafficking Organization that was responsible for importing crystal methamphetamine into the District of Colorado and further distributing the drugs in the Denver, Colorado metropolitan area.

10. On February 7, 2018, a Grand Jury in the District of Colorado returned a 15 count indictment that charged six subjects of this investigation with violations of Title 21, United States Code, Sections 846 and 841; and violations of Title 18, United States Code, Section 2.

Two of the six indicted subjects are Gerardo PEREZ-SALAZAR and Gerardo CASAS-ACEVEDO. A federal arrest warrant was issued by the U.S. District Court for the District of Colorado for Gerardo PEREZ-SALAZAR and Gerardo CASAS-ACEVEDO upon return of the indictment.

11. Throughout the course of this investigation, I have reviewed multiple photos of Gerardo PEREZ-SALAZAR and Gerardo CASAS-ACEVEDO. I have further reviewed Colorado Drivers License photos for both Gerardo PEREZ-SALAZAR and Gerardo CASAS-ACEVEDO. Based upon a review of these photos, I am familiar with the physical appearances of both individuals.

12. While conducting a public search of the Facebook website, I located Target Facebook Account A and Target Facebook Account B.

13. Target Facebook Account A is assigned the title "Perez Perez" and is located at https://www.facebook.com/perezgerardop. I observed that the URL contains "perezgerardop," which is a partial reconfiguration of the name Gerardo PEREZ-SALAZAR. Target Facebook Account A lists a birthdate of April 6, 1988, the same date of birth that is listed on the Colorado Driver's License of Gerardo PEREZ-SALAZAR. Target Facebook Account A contains multiple photos of Gerardo PEREZ-SALAZAR and advertisements for Denver Restaurant Equipment, a business that is operated by the PEREZ family. These facts lead me to believe that Gerardo PEREZ-SALAZAR is the user of Target Facebook Account A.

14. Target Facebook Account B is assigned the title "Jerry Casas" and is located at https://www.facebook.com/Geracasas. I observed that the URL contains "Geracasas," which is a shortened configuration of the name Gerardo CASAS-ACEVEDO. Target Facebook Account B contains multiple photos of Gerardo CASAS-ACEVEDO, including a photo that depicts him

standing next to co-defendant Gerardo PEREZ-SALAZAR. These facts lead me to believe that Gerardo CASAS-ACEVEDO is the user of Target Facebook Account B.

15. Based on the aforementioned facts, I believe geolocation data and Location History obtained from "Facebook" will provide locations frequented by the users of the Target Facebook Accounts and assist investigators in their attempts to locate and apprehend Gerardo PEREZ-SALAZAR and Gerardo CASAS-ACEVEDO.

16. Geolocation data and Location History for the period of March 1, 2018, to present is required in order to help investigators understand Gerardo PEREZ-SALAZAR's and Gerardo CASAS-ACEVEDO's recent routines and patterns of life so investigators can have a better chance of locating them and executing the arrest warrants.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

17. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## REQUEST FOR NON-DISCLOSURE, TO RESTRICT CASE, AND TO KEEP ACCOUNT ACTIVE

18. Pursuant to 18 U.S.C. §§ 2703(b)(1)(A) and 2705(b), I respectfully request the Court order Facebook not to notify any other person, including the holder of the Target Facebook Account identified in Attachment A, of the existence of this warrant. This request is made because notification of the existence of the warrant may endanger the life or physical safety of an individual, result in flight from prosecution, and/or witness and evidence tampering.

19. Because the investigation is ongoing, I would further request the Court to order Facebook to continue to maintain the account further detailed in Attachment A, in an open and active status.

20. I respectfully request that this affidavit and the Court's Order be **RESTRICTED** at level 3 until further order of this Court.

21. Facebook is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). This warrant application is sought pursuant to 18 U.S.C. § 2703, and seeks to require Facebook to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order."

22. The restriction is necessary because this affidavit reveals an ongoing investigation. Restriction will avoid premature disclosure of the investigation, guard against the flight of investigative subjects, and better ensure the safety of agents and others, except that copies of the affidavit in full or redacted form may be maintained by the United States Attorney's Office, and may be served on Special Agents and other investigative and law enforcement officers of the Drug Enforcement Administration, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant.

23. Finally, for the reasons stated above, I further request delayed notice of 30 days under 18 U.S.C. § 3103a.

## CONCLUSION

24. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

25. Based on the foregoing, I respectfully submit that there is probable cause to believe geolocation data and Location History data for the Target Facebook Accounts described in Attachment A will assist investigators in locating and apprehending Gerardo PEREZ-SALAZAR and Gerardo CASAS-ACEVEDO, two indicted defendants for whom arrest warrants have issued.

26. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

27. Therefore, I respectfully request that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

<i>s/ Jeffrey B. Baumert</i><br>
Jeffrey B. Baumert<br>
Special Agent<br>
U.S. Drug Enforcement Administration

Submitted, attested to, and acknowledged before me by reliable electronic means
on this __3rd__ day of July, 2018

*Michael E. Hegarty*
MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

Affidavit in support of search warrant reviewed and submitted by **AUSA Peter McNeilly**.